**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 26, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00966-CV

## AUSTIN INDUSTRIAL, INC. AND AUSTIN MAINTENANCE & CONSTRUCTION, INC., Appellants

## V.

## ELLIE STAFFORD AND JAMES STAFFORD, Appellees

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-16307**

### MEMORANDUM   OPINION

This is an appeal from a judgment signed October 12, 2018. On February 21, 2019, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot